FILED

10/10/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0549

IN THE SUPREME COURT OF THE STATE OF MONTANA

HEIDI MARIE BOESHANS,           ) DA-24-0549
)
      Appellee,                  ) **ORDER GRANTING EXTENSION**
                              ) **OF TIME APPELLANT TO FILE**
        vs                      ) **INITIAL BRIEF**
JOSEPH RYAN BOESHANS,       )
)
      Appellant.               )

Upon motion of Appellant, and FOR GOOD CAUSE SHOWN, it is hereby ordered that Appellant's Motion for Extension of Time to File his initial appeal brief is GRANTED. The Appellant's opening brief shall be filed on or before November 16, 2024.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 10 2024